# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| JAMES L. THOMPSON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15CV69-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| KEITH WHITNER, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 19, 2015 Order.

October 19, 2015

Frank G. Johns, Clerk
United States District Court